**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

IN RE: SHELENDA FLETCHER              )      Case No. 3:13-sm-0014
A WITNESS BEFORE THE 2012-2      )      Chief Judge Haynes
GRAND JURY                      )

## O R D E R

Before the Court is the United States's motion to dismiss on grounds of mootness. (Docket

Entry No. 8). This motion is **GRANTED**. All other pending motions in this action are **DENIED AS**

**MOOT**.

It is so **ORDERED**.

**ENTERED** this the _25th_ day of February, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court