IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE SHELENDA FLETCHER ) | | |
| A WITNESS BEFORE THE ) | | |
| 2012-2-2 GRAND JURY ) | CASE No. | 3:13-SM-0014 |

**FILED UNDER SEAL**

*EX PARTE* **MOTION FOR THE**

*NUNC PRO TUNC* **APPOINTMENT OF COUNSEL**

Comes now David R. Heroux, as counsel for and on behalf of Shelenda Fletcher, a witness before the 2012-2 Grand Jury, and moves this Honorable Court to order the *Nunc Pro Tunc* appointment of David R. Heroux to represent Ms. Fletcher in this matter and advise her as to her appearance before the Grand Jury. As a basis for this motion counsel on behalf of Ms. Fletcher would show:

That on February 6, 2013, counsel Heroux was contacted by the Federal Public Defender's Office Criminal Justice Act Panel Coordinator and was asked to advise Ms. Fletcher of her rights before she testified before the Federal Grand Jury on that same day;

That on February 6, 2013, do to family health issues, Ms. Fletcher did not meet with counsel Heroux nor testify before the Federal Grand Jury as required by the subpoena served on her on January 24, 2013;

That on February 6, 2013, counsel Heroux attempted to secure the appearance of Ms. Fletcher before the Federal Grand Jury, but was unable to contact her by telephone;