UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: SHELENDA FLETCHER ) Case No. 3:13-SM-0014
    A WITNESS BEFORE THE )
    2012-2-GRAND JURY )

## MOTION TO UNSEAL CASE

COMES NOW the United States of America, by and through undersigned counsel, and respectfully moves this Court to unseal this matter. No reason exists to keep this matter under seal.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

s/ B. H. Boucek
BRADEN H. BOUCEK
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
615-736-5151

*[Handwritten annotation: Granted. 12-5-13]*